THE STATE OF OHIO, APPELLEE, *v.* KINNEY, APPELLANT.

[Cite as *State v. Kinney* (1995), 73 Ohio St.3d 37.]

(No. 95–523—Submitted May 23, 1995—Decided August 9, 1995.)

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *Phillip R. Cummings,* Assistant Prosecuting Attorney, for appellee.

*Jack Kinney, pro se.*

---

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.